

**The Law Offices of**
**Joel S. Silberman, Esq., LLC**

26 Journal Square, Suite #300 | 1370 Broadway, 5th Floor
Jersey City, NJ 07306 | New York, NY 10018

T 201.420.1913  F 201.420.1914
www.joelsilbermanlaw.com

---

Hon. Elizabeth A. Pascal
United States Magistrate Judge
United States District Court
4th & Cooper Streets
Camden, NJ 08101

September 2, 2024

    Re:    <u>Mosley v. Egg Harbor City, et. al.</u>
           Dkt. No. 1:22-cv-06489 (KMW)(EAP)

Dear Judge Pascal,

On Friday August 30, 2024, Defendants filed a request to adjourn the September 24, 2024, Settlement Conference. Although not noted, I consent to that request.

I do, however, note that I will be engaged in a trial before the Hon. Susan D. Wigenton, U.S.D.J. in the matter of <u>United States v. Panzera</u>, 19-cr-390 from September 11, 2024, through October 18, 2024. I will then be on trial from November 12, 2024, through November 22, 2024, before the Hon. Karen M. Williams, U.S.D.J. in the matter of <u>Altagracia v. Viola, et. al.</u>, 1:21-cv-13017.

Should the Court have any availability to reschedule the settlement conference in this matter between October 18, 2024, and November 12, 2024, or in December would be greatly appreciated.

Thank you for your attention to this matter.


Respectfully yours,


*s/ Joel Silberman*
_____
Joel Silberman, Esq.


Cc:    All counsel via ECF