# DONNELLY, PETRYCKI & SANSONE

## ATTORNEYS AT LAW

**2201 Route 38, Suite 300**
**Cherry Hill, New Jersey 08002**
**Tel: 856-667-2600 | Fax: 856-667-8787**
**www.donnellypetrycki.com**

**Robert J. Gillispie, Jr**
*Member of New Jersey Bar*
**Direct Dial: 856-667-2600 x227**
**rgillispie@donnellypetrycki.com**

December 4, 2024

<u>Via ECF</u>
Honorable Elizabeth A. Pascal, U.S.M.J.
United States District Court, District of New Jersey – Camden Vicinage
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets
Camden, NJ 08101

  RE: Bryan Mosley v. Egg Harbor City, et al.
     Docket No.  1:22-cv-06489-KMW-EAP
     Our File:  2165-46

Dear Judge Pascal:

  This firm represents the Defendants, Egg Harbor City, Egg Harbor City Police Department, Police Officer Alexander DeFeo and Police Officer Richard Carpo, in connection with the above referenced matter.

  The undersigned attended the monthly meeting of the Statewide Insurance Fund last week on November 26, 2024 to discuss this matter with the Fund. Following the meeting, and on behalf of the Defendants, I do not believe that a further settlement conference would be productive at this time. Therefore, Defendants do not request that one be scheduled. Rather, I believe that it would be appropriate at this time for an amended case management order to be issued setting deadlines for liability experts and economist reports, and a dispositive motion deadline. Due to the anticipated complexity of the issues to be addressed by the liability experts, it is respectfully requested that the defendants be given sixty (60) days following the service of plaintiff liability expert reports in order to serve the defense liability expert reports.

  Thank you for your courtesies with respect to this matter.

December 4, 2024
Page 2 of 2

Respectfully,

**DONNELLY, PETRYCKI & SANSONE, P.C.**

By: *s/ Robert J. Gillispie, Jr.*
_____
**ROBERT J. GILLISPIE, JR.**

RJG/
Cc: Aymen A. Aboushi, Esquire (via ECF)
     Joel S. Silberman, Esquire (via ECF)