UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| BRYAN MOSLEY,<br><br>           Plaintiff,<br><br>  v.<br><br>EGG HARBOR CITY, *et al.*,<br><br>           Defendants. | HONORABLE KAREN M. WILLIAMS<br><br>Civil Action<br>No. 22-6489 (KMW-EAP)<br><br>**ORDER** |

The Court has reviewed Defendants' Amended Motion for Summary Judgment, (ECF No. 67), and finds that it fails to comply with L. Civ. R. 56.1, as the Memorandum of Law does not cite to the Statement of Undisputed Material Facts, rather it cites directly to the underlying record. Therefore,

IT IS HEREBY on this ___ day of July, 2025,

**ORDERED** that Clerk of Court shall reject the foregoing submissions.

Defendants are permitted to refile their Motion for Summary Judgment in compliance with the Local Rules of this Court.

 

KAREN M. WILLIAMS
United States District Judge